■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS PORTILLO, Appellant. [605 NYS2d 962] —Appeal from a judgment of the County Court of Sullivan County (Kane, J.), rendered June 17, 1992, convicting defendant upon his plea of guilty of the crime of rape in the first degree.

Questions as to a defendant's competency to stand trial are not waived even with a bargained-for waiver of the right to appeal. Here, however, defendant's competency was never at issue and no motion was ever made for an examination regarding his fitness to proceed. The record also amply demonstrates that the waiver was part of a negotiated plea and that defendant fully understood the consequences of the waiver. Even if the merits of defendant's arguments were considered, the record reveals that they are without merit.

Mikoll, J. P., Yesawich Jr., Mercure, Crew III and Casey, JJ., concur. Ordered that the judgment is affirmed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOEY GUZMAN, Appellant. [605 NYS2d 962] —Appeal from a judgment of the County Court of Schenectady County (Harrigan, J.), rendered November 23, 1992, convicting defendant upon his plea of guilty of the crime of criminal sale of a controlled substance in the third degree.

Regardless of whether defendant has waived his right to appeal, we reject both his claims of improper delay in his arraignment and inadequate legal representation, as either lacking in merit or not properly preserved for our review.

Crew III, J. P., Cardona, White, Mahoney and Casey, JJ., concur. Ordered that the judgment is affirmed.